[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 432.]

THE STATE EX REL. BARNHART, APPELLANT, *v*. CIRCLEVILLE LONG-TERM CARE, INC. ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Barnhart v. Circleville Long-Term Care, Inc.*, 2001-Ohio-216.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-31—Submitted June 20, 2001—Decided August 8, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-144.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Robert M. Robinson*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Jeffrey B. Hartranft*, Assistant Attorney General, for appellee.

————————————